# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Application Under the Equal Access<br>  to Justice Act -- ) | |
| ) | |
| Kelly-Ryan, Inc. ) | ASBCA No. 57168 |
| ) | |
| Under Contract No. W911KB-05-C-0016 ) | |

APPEARANCES FOR THE APPELLANT:     Dale R. Martin, Esq.
                                                  Abigail Z. Staggers, Esq.
                                                    Barokas Martin & Tomlinson
                                                    Seattle, WA

APPEARANCES FOR THE GOVERNMENT:     Michael P. Goodman, Esq.
                                                  Engineer Chief Trial Attorney
                                                  Carl F. Olson, Esq.
                                                  Engineer Trial Attorney
                                                U.S. Army Engineer District, Alaska

## ORDER OF DISMISSAL

The parties have advised the Board they have resolved the dispute regarding appellant's application for attorney fees, costs and expenses under the Equal Access to Justice Act, 5 U.S.C. § 504, and have requested that the appeal be dismissed with prejudice. Accordingly, for good cause shown, the appeal is dismissed with prejudice. This dismissal leaves no appeals remaining before the Board arising from the performance of Contract No. W911KB-05-C-0016. The Board commends the parties for their successful efforts to resolve the dispute.

Dated: August 15, 2018

CHRISTOPHER M. MCNULTY
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals on an application for fees and other expenses incurred in connection with ASBCA No. 57168, Appeal of Kelly-Ryan, Inc., rendered in accordance with 5 U.S.C. § 504.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals